# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**KARSON KUSS,**

       **Plaintiff,**

**v.**

                                           **No.  SA-19-CV-00629-JKP**

**WILLIE ULMER,**
**PASCHALL TRUCK LINES, INC.,**

       **Defendants.**

## THIRTY DAY DISMISSAL ORDER

The parties informed the Court they reached a settlement. For this reason, the Court dismisses any and all claims by all parties related to this action **WITHOUT PREJUDICE**.

Should the parties be unable to execute the settlement within thirty (30) days from the date of this Order, any party may move for an extension of this deadline. If the parties cannot execute a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the appropriate deadline, this action shall be considered **DISMISSED WITH PREJUDICE**.

Any pending motions are **DENIED** as moot without prejudice to refiling, as needed.

**It is so ORDERED this 14th day of September 2021.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**